## LOCKETT v. U. S. FIDELITY & GUARANTY CO.

No. 11952—Opinion Filed April 10, 1923.

(Syllabus.)

**Appeal and Error—Time for Appeal—Dismissal.**

Where an appeal is not lodged in this court within six months from date of final order, this court acquires no jurisdiction, and the appeal will be dismissed.

Error from District Court, Stephens County; Cham Jones, Judge.

Action between H. B. Lockett and the United States Fidelity & Guaranty Company. From the judgment, the former brings error. Dismissed.

H. B. Lockett, for plaintiff in error.

P. D. Sullivan and C. M. Anderson, for defendant in error.

PER CURIAM. An order overruling motion for new trial, and from which the appeal is taken, was made on the 4th day of June, 1920, and the appeal was lodged in this court on the 13th day of December, 1920, nine days after the six-months period for taking appeals under section 798, Comp. Stat. 1921, expired.

It results that this court acquires no jurisdiction, and the appeal is dismissed.